IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARSHAL NIXON,

    Petitioner,

v.

BILLY BROWN, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-150

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Nixon reasserts the contentions he set forth in his original petition, though in a somewhat truncated manner.

Nixon's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Nixon's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 29th day of Nov., 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)